IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES CURTIS, #B30130,**

**Plaintiff,**

**v.**

**ROGER PELKER, et al.,**

**Defendants.**                                                            No. 04-CV-224-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is a motion to substitute counsel, submitted by Defendants. (Doc. 22.) The Court **GRANTS** this motion. Former Assistant Attorney General James F. Ehrenberg is hereby **REMOVED** as counsel for Defendants, to be **REPLACED** by Assistant Attorney General Lindsay Sweet.

**IT IS SO ORDERED**.

Signed this 17th day of August, 2006.

/s/        David    RHerndon
**United States District Judge**