IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES CURTIS, #B30130,**

**Plaintiff,**

**v.**

**ROGER PELKER, et al.,**

**Defendants.**                                                              **No. 04-CV-224-DRH**

### ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

The Stipulation for Dismissal having been executed by Plaintiff and counsel for all remaining parties and filed with this Court (Doc. 39), **IT IS ORDERED** that this action is hereby dismissed with prejudice. Each party to bear its own costs.

**IT IS SO ORDERED**.

Signed this 22nd day of October, 2007.

/s/      DavidRHerndon

**Chief Judge
United States District Court**